# Court of Appeals, State of Michigan

## ORDER

Roger Groman v Nolan's Auction Service LLC

Docket No. 334895

LC No. 15-048562-AV

Stephen L. Borrello
Presiding Judge

David H. Sawyer

Kathleen Jansen
Judges

The Court orders that the motion for reconsideration is GRANTED.

The Court orders that the May 8, 2018 opinion is hereby AMENDED. The opinion is modified on Page 5. The opinion is amended as follows:

The old opinion read: Affirmed, and remanded for entry of an order granting defendant's motion to dismiss. We do not retain jurisdiction.

The new opinion reads: Affirmed, and remanded for proceedings consistent with this opinion. We do not retain jurisdiction.

In all other respects, the May 8, 2018 opinion remains unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

JUN 2 1 2018

Date

Chief Clerk